IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN D. WILSON,                       )
                    Petitioner,       )
                                      )
          v.                          )          Civil Action No. 13-651
                                      )
MARIROSA LAMAS, and THE               )
ATTORNEY GENERAL OF THE               )
STATE OF PENNSYLVANIA                 )
                    Respondents.      )

O R D E R

TERRENCE F. McVERRY, District Judge.

In a Report and Recommendation [ECF No. 13] filed on September 24, 2013, it was recommended that petitioner's habeas corpus petition be dismissed and that a certificate of appealability be denied. Petitioner was served with a copy of the Report and Recommendation and after a series of extensions, was granted until November 22, 2013 to file objections to the Report and Recommendation and filed objections thereto on November 22, 2013. *See* Obj. [ECF No. 18].

After a *de novo* review of the pleadings and documents in this case, together with the Report and Recommendation, and pleadings thereto, the following order is entered:

AND NOW this 26th day of November, 2013,

IT IS HEREBY ORDERED that petitioner's habeas corpus petition is DISMISSED, and a certificate of appealability is DENIED.

IT IS FURTHER ORDERED that the Report and Recommendation of Magistrate Judge Robert C. Mitchell is hereby adopted as the Opinion of the District Court.

                              s/Terrence F. McVerry
                              United States District Judge

cc:

John D. Wilson
HJ5612
Box A
Bellefonte, PA 16823


all counsel of record via CM/ECF